**Dismissed and Memorandum Opinion filed January 17, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-00474-CV

### JACK RAINES, Appellant

### V.

### BAYSHORE RV & MOBILE HOME PARK, Appellee

**On Appeal from the County Court No. 2**
**Galveston County, Texas**
**Trial Court Cause No. CV-0081076**

## M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed May 31, 2018. The clerk's record was filed September 4, 2018. The reporter's record was not filed. No brief was filed.

On November 8, 2018, this court issued an order stating that unless appellant filed a brief on or before December 10, 2019, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is

dismissed.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Spain.